THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DANIEL H. PRIOR, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MICHAEL T. SMITH, Appellant. (2 cases.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DANIEL WILLIGAN and JOHN WILLIGAN, Appellants.

Submitted October 1, 1945; decided October 11, 1945.

Motion by appellants for reargument denied. [See 294 N. Y. 405.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE PHILLIPS, Appellant.

Submitted October 1, 1945; decided October 11, 1945.

Motion by appellant to amend remittitur denied. [See 292 N. Y. 506.]